Isiah JAMES, Jr.; Maurice Mack,
Plaintiffs–Appellants,

v.

C. Kelly JACKSON, Solicitor's Office of
the Third Judicial Circuit in his col-
lective individual and/or official ca-
pacities, Defendant–Appellee.

No. 03–6239.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2003.

Decided June 24, 2003.

Isiah James, Jr., Maurice Mack, Appel-
lants Pro Se. John Evans James, III, Lee,
Erter, Wilson, James, Holler & Smith,
L.L.C., Sumter, South Carolina, for Appel-
lee.

Before NIEMEYER, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Isiah James and Maurice Mack appeal
the district court's order accepting the rec-
ommendation of the magistrate judge and
denying relief on their 42 U.S.C. § 1983
(2000) complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *See James v. Jack-
son,* No. CA–01–3981–13BD (D.S.C. Jan.
22, 2003). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*